ANTONIO VERNA, Appellant, *v.* BENNY TUNICK, Respondent.

Submitted March 5, 1945; decided April 12, 1945.

*Louis Susman* for appellant.
*Julius Paull* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.